IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOCELYN COLON<br><br>        Plaintiff,<br><br>  v.<br><br>SARNOVA, INC.<br><br>        Defendant. | Civil Action No. 1:23-cv-00561 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Jocelyn Colon filed the above-referenced case against Defendant Sarnova, Inc. on January 30, 2023.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the Complaint with prejudice.

Dated: April 26, 2023        Respectfully Submitted,

                                          */s/ Benjamin Sweet*
                                          Benjamin J. Sweet
                                          ben@nshmlaw.com
                                          **NYE, STIRLING, HALE, MILLER**
                                          **& SWEET, LLP**
                                          1145 Bower Hill Road, Suite 104
                                          Pittsburgh, PA 15243
                                          Phone: (412) 857-5350

                                          *Attorneys for Plaintiff Jocelyn Colon*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 26th day of April, 2023.

                                                                               */s/ Benjamin J. Sweet*
                                                                                Benjamin J. Sweet